In the Matter of KEVIN MARTIN, Appellant, v TERESA TATE, Respondent.

Submitted March 18, 2013; decided April 30, 2013

908

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.